# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Debra Christian,                               :
                        Petitioner             :
                                               :
        v.                                     :    No. 1933 C.D. 2015
                                               :
Workers' Compensation Appeal                   :
Board (Department of Revenue                   :
and Inservco Insurance Services),              :
                        Respondents            :

# **O R D E R**

NOW, July 29, 2016, upon consideration of petitioner's application for reargument en banc, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge